IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DYLAN CAUSBIE,<br><br>　　　　　Defendant. | Case No.  CR 13-0497 TEH<br><br>[~~PROPOSED~~ ORDER] VACATING HEARING DATE FOR MOTIONS; VACATING BRIEFING SCHEDULE AND SETTING STATUS CONFERENCE DATE |

Based on the stipulation of the parties and with the consent of the defendant, the Court hereby orders the following:

(a)　The hearing date for motions currently set for October 21, 2013 at ~~10:00 a.m.~~ 2:30 p.m. shall be vacated and instead, a status conference shall be held before this Court on that same date and time; and

(b)　The previously set briefing schedule for motions shall be vacated.

IT IS SO ORDERED.

DATED:　08/26/2013

_____
HON. _____
United _____
Northern _____

*IT IS SO ORDERED AS MODIFIED*
*Judge Thelton E. Henderson*

STIPULATION AND PROPOSED ORDER VACATING
CURRENT BRIEFING DATE AND MOTIONS HEARING DATE
Case No.  CR 13-0497 TEH
4