IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No.  CR 13-0497 TEH |
|---|---|---|
| Plaintiff, | ) ) | [~~PROPOSED~~ ORDER] CONTINUING CHANGE OF PLEA HEARING DATE |
| v. | ) ) | |
| DYLAN CAUSBIE, | ) ) | |
| Defendant. | ) ) ) | |

Based on the stipulation of the parties and with the consent of the Defendant, the Court hereby orders the following:

The status conference scheduled on January 27, 2014 at 2:30 p.m. be vacated and reset on February 10, 2014 at 2:30 p.m. for a change of plea hearing.

IT IS SO ORDERED.

DATED: 01/22/2014

_____
Judge Thelton E. Henderson