MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Natalie.Lee2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-0497 TEH |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING DATE TO JUNE 2, 2014 |
| DYLAN WADE CAUSBIE, | |
| Defendant. | Date: June 2, 2014<br>Time: 2:30 p.m. |

Defendant's sentencing is presently set for May 12, 2014 at 2:30 p.m. before this Court. Defendant and the government request that the sentencing be continued to June 2, 2014 at 2:30 p.m. to give the parties adequate time to prepare and file sentencing memoranda and any supporting documents in accordance with this Court's Standing Order.

SO STIPULATED:

                              MELINDA HAAG
                              United States Attorney

DATED: May 6, 2014                /S/
                              NATALIE LEE
                              Assistant United States Attorney

1 | DATED: May 6, 2014                         _____/S/_____
2 |                                            JENNIFER SCHWARTZ
                                               Attorney for Dylan Wade Causbie

3 |    For the reasons stated above, Defendant's sentencing is continued to June 2, 2014 at 2:30 p.m.

4 | SO ORDERED.

6 | DATED: 05/07/2014       _____
                            HONORABLE THELTON E. HENDERSON
7 |                         United States District Judge

*[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]*